7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Williams Recycling, Inc.
*Debtor*

*Bankruptcy Case No.*
12–50669–can7

**Harvey Williams**
**Harvey Williams Family Trust**
   Plaintiff(s)

*Adversary Case No.*
13–05002–can

v.

**Williams Recycling, Inc.**
**Erlene Krigel**
**Kloseks, LLC**
**Missouri Dept. of Labor Div. of Emp. Sec.**
   Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Cynthia A. Norton , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: Judgment is entered for Count II of the Complaint in favor of Plaintiff and against Defendant in the amount of $2,976.70. Trustee is directed to pay forthwith.

   The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
   Deputy Clerk

Date of issuance: 7/24/13

Court to serve