7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Williams Recycling, Inc.
*Debtor*

**Bankruptcy Case No.**
12–50669–can7

**Harvey Williams**
**Harvey Williams Family Trust**
    Plaintiff(s)

**Adversary Case No.**
13–05002–can

v.

**Williams Recycling, Inc.**
**Erlene Krigel**
**Kloseks, LLC**
**Internal Revenue Service**
**Missouri Dept. of Labor Div. of Emp. Sec.**
    Defendant(s)

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Cynthia A. Norton , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: , judgment is entered on Count I Mutual Mistake in favor of Plaintiffs; that the liens of the other defendant claimed lienholders do not attach to the 12.5 Acres legally described in the Memorandum Opinion; that the 12.5 Acres (or its proceeds, as the case may be), are set aside to Plaintiffs; and that the Stock Purchase and Real Estate Purchaser Agreement is reformed or interpreted as necessary to so provide. This being a final judgment, each party is to bear its own costs

    The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 12/23/13

Court to serve